1  THOMAS P. JIRGAL (SBN 202637)
   tjirgal@loeb.com
2  MELANIE J. HOWARD (SBN 218895)
   mhoward@loeb.com
3  LOEB & LOEB LLP
   10100 Santa Monica Blvd., Suite 2200
4  Los Angeles, CA  90067
   Telephone: 310.282.2000
5  Facsimile: 310.282.2200

6  Attorneys for Plaintiff
   Don Henley
7

8

9              UNITED STATES DISTRICT COURT

10           CENTRAL DISTRICT OF CALIFORNIA

11  Don Henley,                        Case No.:

12           Plaintiff,                **COMPLAINT FOR:**

13      v.                             **(a) Trademark Infringement in
                                           Violation of U.S. Lanham Act, 15
14  Duluth Holdings Inc., d/b/a Duluth     U.S.C. § 1114;**
    Trading Company, a Wisconsin corporation,
15                                      **(b) False Endorsement and Unfair
           Defendant.                       Competition in Violation of
16                                          Lanham Act, 15 U.S.C. § 1125;**

17                                      **(c) Violation of California Business &
                                            Professions Code § 17200;**
18
                                        **(d) Violation of California Statutory
19                                          Right of Publicity, Cal. Civ. Code
                                            § 3344;**
20
                                        **(e) Violation of Common Law Right
21                                          of Publicity**

22                                      **DEMAND FOR JURY TRIAL**

23

24

25      Plaintiff Don Henley brings this Complaint against Duluth Holdings Inc. d/b/a

26  Duluth Trading Company ("Duluth Trading Company") and alleges for his

27  Complaint as follows:

28

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations                                                    COMPLAINT

# PRELIMINARY STATEMENT

1.     The Eagles are one of the United States' most successful bands, and Don Henley is one of the band's most well-known members.  In addition to being a member of the Eagles, Mr. Henley has achieved fame as a solo performer and is a public advocate for artists' rights.  His name is instantly recognizable by a large portion of the United States population.

2.     Duluth Trading Company is a highly successful clothing retailer located in Wisconsin that markets and sells apparel throughout the United States. Duluth is a sophisticated marketer that advertises its products on national and local television stations, by email, and through targeted Internet advertising.

3.     In disregard of Mr. Henley's rights in his name and likeness, and in violation of registered trademarks that he owns, Duluth Trading Company created and distributed an advertisement throughout the United States that deliberately invokes Mr. Henley's name and his association with the Eagles (via an Eagles hit song title) to sell its apparel.  Large numbers of consumers who receive and see Duluth Trading Company's advertisements will unquestionably believe that Mr. Henley is associated with and/or has endorsed the company and its products, which is untrue.

4.     Duluth Trading Company never sought to obtain a license to use Mr. Henley's name or registered marks, and Mr. Henley did not grant the company a license.  To the contrary, Mr. Henley has publicly made clear on multiple occasions that he objects to any unlicensed use of his name, trademarks, and other intellectual property rights for commercial purposes.

5.     Mr. Henley brings this action to address a clear and unwarranted violation of his rights, and to help ensure that the defendant and other similarly situated retailers discontinue their unlawful violation of his and others' rights.  Any financial recovery he obtains from this action will be donated to charity.

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

2

COMPLAINT

## JURISDICTION AND VENUE

6.     This action seeks injunctive relief, damages, and other appropriate relief arises undr the laws of the United States, specifically, the Lanham Act, 15 U.S.C. §§ 1051, *et seq.* and California state law.

7.     This Court has original subject matter jurisdiction over this action under 28 U.S.C. §§ 1331 and 1338.  It has supplemental jurisdiction of the common and state law claims pursuant to 28 U.S.C. § 1367 in that those claims are related to claims under this Court's original jurisdiction and form part of the same case or controversy under Article III of the United States Constitution.

8.     The Court has personal jurisdiction over Duluth Trading Company because Duluth Trading Company has established minimum contacts with the forum and the exercise of jurisdiction over Duluth Trading Company will not offend traditional notions of fair play and substantial justice.  On information and belief, Duluth Trading Company has voluntarily conducted business and solicited customers in this District.  On information and belief, Duluth Trading Company conducts continuous and systematic business in the state of California and, specifically, this District.

9.     Venue is proper in this District under 28 U.S.C. §§ 1391(b)(2) because a substantial part of the events giving rise to Mr. Henley's claims occurred in this District.

## PARTIES

10.     Plaintiff Don Henley is a songwriter, recording artist, performer, and public advocate who conducts business in this District.

11.     On information and belief, Defendant Duluth Holdings Inc., doing business as Duluth Trading Company, is a Wisconsin corporation with its principal place of business in Belleville, Wisconsin.  On information and belief, Duluth Trading Company has multiple store locations, enjoys a national customer base, and

1    is a sophisticated national advertiser who markets its clothing nationally, including
2    in the state of California and, specifically, this District.

### GENERAL ALLEGATIONS

4        12.    Mr. Henley is a professional musician and a founding member,
5    drummer, and singer of the Eagles, which is one of the most successful American
6    musical groups.  Every album that the Eagles has released since 1972 has been
7    certified platinum, three albums have sold in excess of ten million copies each, and
8    the Eagles' *Their Greatest Hits 1971-1975* album is the best-selling album of all
9    time in the United States with sales in excess of 29 million units.  The band's first
10   hit single— "Take It Easy"—was the lead track on the Eagles' self-titled debut
11   album and on the band's best-selling greatest hits album.

12       13.    As a member of the Eagles, Mr. Henley wrote or performed on a long
13   list of hits, including "Take It Easy," "Witchy Woman," "Desperado," and "Hotel
14   California."  In the 1980s, he launched a successful solo career independent of the
15   Eagles, during which time he wrote and performed a number of hits including "Dirty
16   Laundry," "Boys of Summer," and "Sunset Grill."  During this time, Mr. Henley
17   performed concerts around the world, and became well known for his philanthropy
18   and advocacy on behalf of artists' rights.

19       14.    Given the timeless nature of the many hits by the Eagles and Mr.
20   Henley, their appeal continues to endure.  In fact, they remain a part of today's pop
21   culture and their performances routinely draw large audiences of loyal fans.  As a
22   result of Mr. Henley's undisputed success as both a member of the Eagles and as a
23   solo artist, he enjoys instant name recognition.

24       15.    Mr. Henley uses his name to distinguish his services as a recording and
25   performing artist and is the registered owner of two trademarks in the name "Don
26   Henley."  U.S. Registration Numbers 2337742 and 2359466 were registered on
27   April 4, 2000 and June 20, 2000, respectively.  A true and correct copy of the
28   registration certificate for each of these marks is attached as **Exhibit A**.  These

1   registrations were duly and legally issued, are valid, subsisting, and incontestable,
2   and constitute conclusive evidence of the validity of each registered mark, the
3   registration of each mark, Mr. Henley's ownership of each mark, and of Mr.
4   Henley's exclusive right to use the registered mark in commerce in connection with
5   the goods and services listed in each registration certificate. 15 U.S.C. §§ 1115(b),
6   1057(b).  Duluth Trading Company had constructive notice of Mr. Henley's rights
7   in his federally registered trademarks.  15 U.S.C § 1072.

8       16.   On information and belief, on or about October 6, 2014, Duluth
9   Trading Company distributed an advertisement in interstate commerce that was
10  directed to residents of this District (the "Advertisement").   The Advertisement
11  invoked "Don Henley"—Mr. Henley's trademarked name—in an effort to sell
12  "Henley" style shirts.  Specifically, as a means of exploiting the celebrity of Mr.
13  Henley and the popularity the Eagles' hit record, "Take It Easy," Duluth Trading
14  Company distributed an email to its nationwide customer base encouraging
15  customers to "Don a Henley and Take It Easy."   A true and correct copy of an
16  online version of the Advertisement is attached as **Exhibit B**.



17
18
19
20
21
22
23
24
25
26
27
28

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

COMPLAINT

17.    At no time has Duluth Trading Company obtained a license, authorization, or other permission to exploit Mr. Henley's name or registered trademarks in the manner described herein or to capitalize on Mr. Henley's celebrity and status as a famous musician for the purpose of driving sales of Duluth Trading Company's clothing.    On information and belief, Duluth Trading Company knowingly distributed the Advertisement to its customers with the knowledge that it lacked a license to use Mr. Henley's likeness and registered trademarks for its commercial purposes.

## FIRST CLAIM FOR RELIEF
### (Trademark Infringement in Violation of Lanham Act, 15 U.S.C. § 1114)

18.    Mr. Henley incorporates by reference Paragraphs 1 through 17 above as though fully set forth herein.

19.    On information and belief, Duluth Trading Company has advertised and sold goods as a result of the Advertisement.  This unauthorized use in interstate commerce is the unlawful use of a reproduction, counterfeit, copy, or colorable imitation of Mr. Henley's federally registered marks and is likely to cause confusion, mistake, or to deceive the consuming public and trade by creating the erroneous impression that Duluth Trading Company's product has been manufactured, approved, sponsored, endorsed, or guaranteed by, or is in some way affiliated with Mr. Henley.

20.    Duluth Trading Company has infringed Mr. Henley's trademarks and has and continues to violate 15 U.S.C. § 1114.

21.    Due to Duluth Trading Company's unauthorized use of Mr. Henley's trademarked name, Mr. Henley has and will continue to suffer damages.

22.    On information and belief, Duluth Trading Company's conduct has and continues to be intentional, willful, and with full knowledge of the violation of Mr. Henley's rights.

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

COMPLAINT

23.     Duluth Trading Company is causing and, unless enjoined by the Court, will continue to cause serious and irreparable harm to the goodwill, reputation, and proven business success associated with Mr. Henley's registered trademarks for which he has no adequate remedy at law.

24.     On information and belief, Duluth Trading Company has profited or will profit by its wrongful conduct and activities.

25.     Mr. Henley is entitled to recover from Duluth Trading Company the damages, including attorneys' fees, he has sustained and will sustain, and any gains, profits, and advantages obtained by Duluth Trading Company as a result of its infringement as alleged above.  At present, the amount of such damages, gains, profits, and advantages cannot fully be ascertained by Mr. Henley.

## SECOND CLAIM FOR RELIEF
### (False Endorsement, Unfair Competition, 15 U.S.C. § 1125(a))

26.     Mr. Henley incorporates by reference Paragraphs 1 through 25 above as though fully set forth herein.

27.     Mr. Henley is a world famous musician who has and continues to enjoy great success as both a member of the Eagles and as a solo performer.  Given his success, he benefits from instant name recognition.  Further, the hit song "Take It Easy" is famously associated with Mr. Henley and immediately suggests his identity and persona in the mind of the public.

28.     Duluth Trading Company's advertised use of Mr. Henley's trademarked name in conjunction with the title of the Eagles' debut, highly successful single, "Take It Easy," was in interstate commerce and done specifically to increase sales of Duluth Trading Company's clothing and advance Duluth Trading Company's other interests.

29.     This unauthorized use constitutes a false designation of origin and false and misleading representations of fact by Duluth Trading Company that is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection,

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

COMPLAINT

or association of Duluth Trading Company and/or with Mr. Henley, or as to the origin, sponsorship, or approval of Duluth Trading Company's goods, services, or commercial activities by Mr. Henley, in violation of the Lanham Act, 15 U.S.C. § 1125(a).

30.    Duluth Trading Company knew or should have known that its unauthorized use of Mr. Henley's trademarked name in conjunction with the title of the Eagles' hit single, "Take It Easy," was likely to cause confusion or mistake by the public regarding whether Mr. Henley endorsed, is affiliated, connected to, or associated with, or approved the Advertisement.

31.    Due to Duluth Trading Company's unauthorized use of Mr. Henley's trademarked name, Mr. Henley has and will continue to suffer damages.

32.    On information and belief, Duluth Trading Company has or will profit by its wrongful conduct and activities.

33.    On information and belief, Duluth Trading Company's conduct has and continues to be intentional, willful, and with full knowledge of the violation of Mr. Henley's rights.

34.    Duluth Trading Company is causing and, unless enjoined by the Court, will continue to cause Mr. Henley irreparable harm for which he has no adequate remedy at law.

35.    Mr. Henley is entitled to his attorneys' fees and full costs pursuant to 15 U.S.C. § 1117 and prejudgment interest according to law.

**THIRD CLAIM FOR RELIEF**
**(Violation of California Business & Professions Code § 17200)**

36.    Mr. Henley incorporates by reference Paragraphs 1 through 35 above as though fully set forth herein.

37.    As discussed above, Duluth Trading Company's conduct is likely to cause confusion or mistake regarding whether Mr. Henley endorsed, is affiliated, connected to or associated with, or approved the message and content of the

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

COMPLAINT

Advertisement.  The conduct of Duluth Trading Company is intended to and likely has produced substantial benefits to Duluth Trading Company at the expense of Mr. Henley.

38.    Duluth Trading Company's conduct is likely to deceive the general public and constitutes willful and intentional unlawful, unfair and fraudulent business practices, in violation of California Business & Professions Code § 17200 *et seq.*

39.    As a direct and proximate result of Duluth Trading Company's wrongful conduct, Duluth Trading Company has and will continue to wrongfully profit.

40.    As a direct and proximate result of Duluth Trading Company's wrongful conduct, Mr. Henley has suffered substantial injury in fact.  In addition, Duluth Trading Company's unlawful conduct has and continues to cause irreparable injury to Mr. Henley and his reputation and goodwill.  Unless the improper conduct is enjoined, Duluth Trading Company will cause further irreparable injury for which Mr. Henley has no adequate remedy at law.

41.    Mr. Henley is entitled to an injunction restraining Duluth Trading Company, its officers, agents, employees, and all persons acting in concert with it, from engaging in further such unlawful conduct.

42.    Mr. Henley is further entitled to restitutionary recovery and disgorgement from Duluth Trading Company.

## FOURTH CLAIM FOR RELIEF
### (Violation of California Statutory Right of Publicity, Cal. Civ. Code § 3344)

43.    Mr. Henley incorporates by reference Paragraphs 1 through 42 above as though fully set forth herein.

44.    Without Mr. Henley's consent, Duluth Trading Company has knowingly caused the Advertisement, which prominently contains Mr. Henley's

1  name, to be created and prominently displayed in interstate commerce, including in
2  this judicial district.

3       45.    Such use of Mr. Henley's by Duluth Trading Company was for the
4  purposes of advertising, selling and soliciting the purchase of Duluth Trading
5  Company's products, merchandise, goods and services.

6       46.    Duluth Trading Company's conduct is in direct violation of California
7  Civil Code Section 3344, since such acts were without the consent of Mr. Henley.

8       47.    There was, and is, a direct connection between the use and exploitation
9  of Mr. Henley's name and the commercial purposes associated with the promotion
10  of Duluth Trading Company and its products, merchandise, goods and services.

11      48.    As a proximate result of the misappropriation of his name, Mr. Henley
12  has been and will continue to be harmed.

13      49.    The use of Mr. Henley's name in the Advertisements implies that Mr.
14  Henley endorsed the Duluth Trading Company and/or its products, merchandise,
15  goods and services.

16      50.    As a proximate result of Duluth Trading Company's actions, Mr.
17  Henley has suffered actual damages in an amount to be proven at trial.

18      51.    Pursuant to California Civil Code Section 3344, Mr. Henley is also
19  entitled to disgorgement of Duluth Trading Company's profits from the
20  Advertisement, resulting from the unauthorized exploitation of his name, in an
21  amount to be proven at trial.

22      52.    Duluth Trade Company's conduct was willful, malicious and
23  oppressive; it acted in conscious disregard of Mr. Henly's rights thereby subjecting
24  Mr. Henley to unjust hardship.  Duluth Trading Company well knew that it was
25  required to obtain approval for its use of Mr. Henley's name.  Accordingly, Mr.
26  Henley seeks an award of punitive damages in an amount to be determined at trial,
27  for Duluth Trading Company's wrongdoing and to deter it from similar wrongdoing
28  in the future.

53.   Pursuant to California Civil Code Section 3344, Mr. Henley is entitled to recover his attorneys' fees in pursuing this action.

## FIFTH CLAIM FOR RELIEF
### (Common Law Right of Publicity)

54.   Mr. Henley incorporates by reference Paragraphs 1 through 53 above as though fully set forth herein.

55.   By using his name in conjunction with the title of the Eagles' debut, highly successful single, "Take It Easy," Mr. Henley is clearly identified in the Advertisement.

56.   Duluth Trading Company's use of Mr. Henley's name in the Advertisement in conjunction with the title of the Eagles' debut, highly successful single, "Take It Easy," was in interstate commerce and done specifically to increase sales of its clothing and advance Duluth Trading Company's other interests.

57.   On information and belief, Duluth Trading Company has or will profit by its wrongful conduct and activities.

58.   On information and belief, Duluth Trading Company's decision to use Mr. Henley's name was knowing and malicious, and done with clear knowledge that it was a violation of his rights.

59.   Mr. Henley is entitled to recover from Duluth Trading Company the damages, including attorneys' fees, he has and will sustain, and any gains, profits, and advantages obtained by Duluth Trading Company as a result of its infringement as alleged above, and an award of punitive damages. At present, the amount of such damages, gains, profits, and advantages cannot fully be ascertained by Mr. Henley.

## PRAYER FOR RELIEF

WHEREFORE, Mr. Henley respectfully requests that this Court grant relief against Defendant Duluth Trading Company as follows:

a.   For temporary, preliminary and permanent injunctive relief against Duluth Trading Company, prohibiting Duluth Trading Company, its agents, or

1  anyone working for, in concert with or on behalf of Duluth Trading Company from

2  advertising for sale any merchandise that contains Mr. Henley's name or registered

3  trademark.

4      b.      That Duluth Trading Company pay Mr. Henley the damages he has

5  sustained in consequence of Duluth Trading Company's conduct.

6      c.      That Duluth Trading Company pay Mr. Henley all profits obtained by

7  Duluth Trading Company as a consequence of Duluth Trading Company's conduct.

8      d.      That Mr. Henley recover his costs and reasonable attorneys' fees.

9      e.      That Mr. Henley recover punitive damages from Duluth Trading

10  Company.

11      f.      That Mr. Henley have such other and further relief as the Court deems

12  just and proper.

13  Dated:  October 8, 2014                LOEB & LOEB LLP
                                           THOMAS P. JIRGAL
14                                         MELANIE J. HOWARD

15                                         By:

16                                            Melanie J. Howard
                                              Attorneys for Plaintiff
17                                            Don Henley

18

19

20

21

22

23

24

25

26

27

28

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

COMPLAINT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**JURY DEMAND**

Mr. Henley hereby demands a trial by jury on all issues so triable.

Dated:  October 8, 2014

LOEB & LOEB LLP
THOMAS P. JIRGAL
MELANIE J. HOWARDJ

By:
Melanie J. Howard
Attorneys for Plaintiff
Don Henley

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

COMPLAINT

# EXHIBIT A

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 2,337,742

Registered Apr. 4, 2000

## TRADEMARK
### PRINCIPAL REGISTER

## DON HENLEY

HENLEY, DON (UNITED STATES CITIZEN)
C/O AZOFF ENTERTAINMENT
3500 W. OLIVE AVENUESUITE 600
BURBANK, CA 91505

FOR: SERIES OF MUSICAL SOUND RE-
CORDINGS; AND A SERIES OF PRE-RECORD-
ED COMPACT DISCS, PRE-RECORDED
AUDIO CASSETTES, PRE-RECORDED VIDEO-
TAPES, AND PRE-RECORDED AUDIO/

VISUAL DISCS ALL FEATURING MUSIC, IN
CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 8–19–1982; IN COMMERCE
8–19–1982.

SER. NO. 75–576,475, FILED 10–27–1998.

ANTHONY MERCALDI, EXAMINING ATTOR-
NEY

# Exhibit A

Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

**United States Patent and Trademark Office**

Reg. No. 2,359,466

Registered June 20, 2000

## SERVICE MARK
### PRINCIPAL REGISTER

## DON HENLEY

HENLEY, DON (UNITED STATES CITIZEN)
C/O AZOFF ENTERTAINMENT
3500 W. OLIVE AVENUE, SUITE 600
BURBANK, CA 91505

   FOR: ENTERTAINMENT SERVICES IN THE NA-
TURE OF LIVE MUSICAL PERFORMANCES, IN
CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 0–0–1981; IN COMMERCE 0–0–1981.
THE NAME "DON HENLEY" IDENTIFIES A LIV-
ING INDIVIDUAL WHOSE CONSENT IS OF
RECORD.

SER. NO. 75–576,421, FILED 10–27–1998.

ANTHONY MERCALDI, EXAMINING ATTORNEY

# Exhibit A

# EXHIBIT B

$19.50 Longtail T Henley - ...'s No Wisecrack!                                                    Page 1 of 3

Let's see you vent with our $19.50 Longtail T Henley deal + FREE Shipping*



Share with a Friend 
No Bull Guarantee  |  866.301.8553

**Men        Women        Workshop        Gifts & Gear        Men's Sale        Women's Sale**

**FREE SHIPPING ON $50 ORDERS***        ▶        **SHARE CODE: 50OCT**  ⊙



$19.50 LONGTAIL T HENLEY SALE

# Exhibit B

Does bending over cause a suspicious amount of snickering from whoever is behind you? Sounds like you could use a Longtail T® Henley. 3" longer to cover your backside plus a 3-button front placket for nice looks and venting where you actually want it. Cover up with a couple at our SALE price!

**Longtail T Henley**
## From $19.50

**SHOP NOW**

## $10 OFF NO GOOD LAZY PANTS



**$10 OFF No Good Lazy Pants: Because you deserve some time off**

You work hard. But when it's time to relax you deserve real comfort. No Good Lazy pants pile it on with soft easy-moving jersey knit fabric and a roomy fit that really lets you get down to the serious business of chilling out. Get a pair at $10 OFF today!

Reg. $39.50
## Now $29.50

**SHOP NOW**



## FLANNEL CITY FACE-OFF

Free Swingin' Flannel Shirt fans it's time to limber up and get those Armpit Gussets ready for a Flannel City Face-Off. Size up the contenders then VOTE for your favorite Flannel City!

**READ MORE**  

# Exhibit B

| **CUSTOMER SERVICE** | **ABOUT US** | **SHOP MEN'S** | **SHOP WOMEN'S** |
|---|---|---|---|
| 1-866-301-8553 | Product Videos | Buck Naked Underwear | Longtail T Shirts |
| Track order | Watch our TV Ads | Fire Hose Work Pants | Free Swingin' Flannel |
| Privacy & Security | Our Stores | Free Swingin' Flannel | New Arrivals |



**KEEP UP WITH DULUTH**

  

Need help with an order? Have something on your mind?
Call **1-866-301-8553** or email us at:
customerservice@duluthtrading.com

Add **duluthtrading@duluthtradingemail.com** to your
address book or "safe list" to ensure delivery. Please don't
use your email's "Reply" function. We don't monitor this
address.

This message was sent to: **daughetyfamily@att.net**
Unsubscribe   Update email preferences

**OFFER NOTES:** Click on any link from this email to start shopping or call 1-866-301-8553 and mention promo code **"T14C166P"** to get Free Shipping on orders of $50 or more. $50 minimum order requirement applies to the order total before taxes, shipping, gift packaging and gift cards. Valid on domestic standard delivery (5-7 business days) only. **Email subscribers (that's you, smarty pants) receive our very best deals, promotions and special offers. So how can you get even better offers than best? You can't! So please understand, email offers are not valid in combination with any other offers.** Longtail T Henley offer valid on style 67009, 94113, 56014 only. Advertised prices are good on regular sizes; additional charges may apply to Big and Tall sizes. Not valid for use on prior purchases. Not valid in the Duluth Trading Retail Stores. Offers expire at 11:59 p.m. CT on October 12, 2014.

© 2014 Duluth Trading Company
170 Countryside Drive, Belleville, WI 53508





AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Central District of California

|  |  |  |
|---|---|---|
| Don Henley, an individual, | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No. |
| v. | ) ) | **LACV14-7827DSF(AGRx)** |
| Duluth Holdings Inc., d/b/a/ Duluth Trading Company, a Wisconsin corporation, | ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Duluth Holdings Inc.
170 Countryside Drive
Belleville, WI 53508

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Thomas P. Jirgal, Melanie Howard
LOEB & LOEB LLP
10100 Santa Monica Blvd, Suite 2200
Los Angeles, CA 90067

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  OCT - 8 2014                    _____
                                        *Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                                       *Server's signature*

                                                              _____
                                                                       *Printed name and title*


                                                              _____
                                                                       *Server's address*

Additional information regarding attempted service, etc:







UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

| I. (a) PLAINTIFFS ( Check box if you are representing yourself ☐.) | DEFENDANTS ( Check box if you are representing yourself ☐ ) |
|---|---|
| Don Henley, an individual | Duluth Holdings Inc., d/b/a Duluth Trading Company, a Wisconsin corporation |

| (b) County of Residence of First Listed Plaintiff Dallas, TX | County of Residence of First Listed Defendant Dane, WI |
|---|---|
| (EXCEPT IN U.S. PLAINTIFF CASES) | (IN U.S. PLAINTIFF CASES ONLY) |

| (c) Attorneys (Firm Name, Address and Telephone Number) If you are representing yourself, provide the same information. | Attorneys (Firm Name, Address and Telephone Number) If you are representing yourself, provide the same information. |
|---|---|
| LOEB & LOEB LLP<br>Thomas P. Jirgal (202637); Melanie Howard (218895)<br>10100 Santa Monica Boulevard, Suite 2200<br>Los Angeles, California 90067<br>Phone: 310-282-2000; Facsimile: 310-282-2200 | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff

☒ 3. Federal Question (U.S. Government Not a Party)

☐ 2. U.S. Government Defendant

☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1. Original Proceeding

☐ 2. Removed from State Court

☐ 3. Remanded from Appellate Court

☐ 4. Reinstated or Reopened

☐ 5. Transferred from Another District (Specify)

☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No   (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No   ☒ **MONEY DEMANDED IN COMPLAINT:** $ 75,000.00

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
15 U.S.C. §§ 1114, 1125(a), (c)(1) & (d); Cal. Civ. Code 3344 - Trademark Infringment Right of Publicity

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☒ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | ☐ 190 Other Contract | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 195 Contract Product Liability | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 196 Franchise | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | **LABOR** | |
| ☐ 896 Arbitration | **REAL PROPERTY** | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 210 Land Condemnation | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| | ☐ 220 Foreclosure | ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/Accomodations | ☐ 740 Railway Labor Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| | | | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

| FOR OFFICE USE ONLY: | Case Number: |
|---|---|

| CV-71 (11/13) | CIVIL COVER SHEET | Page 1 of 3 |
|---|---|---|

LACV14-7827

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII. VENUE:** Your answers to the questions below will determine the division of the Court to which this case will most likely be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| Question A: Was this case removed from state court? | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| ☐ Yes  ☒ No<br><br>If "no," go to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question D, below, and skip to Section IX. | ☐ Los Angeles | Western |
| | ☐ Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | Eastern |

| Question B: Is the United States, or one of its agencies or employees, a party to this action? | If the United States, or one of its agencies or employees, is a party, is it | | INITIAL DIVISION IN CACD IS: |
|---|---|---|---|
| | A PLAINTIFF?<br><br>Then check the box below for the county in which the majority of DEFENDANTS reside. | A DEFENDANT?<br><br>Then check the box below for the county in which the majority of PLAINTIFFS reside. | |
| ☐ Yes  ☒ No<br><br>If "no," go to Question C. If "yes," check the box to the right that applies, enter the corresponding division in response to Question D, below, and skip to Section IX. | ☐ Los Angeles | ☐ Los Angeles | Western |
| | ☐ Ventura, Santa Barbara, or San Luis Obispo | ☐ Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | ☐ Riverside or San Bernardino | Eastern |
| | ☐ Other | ☐ Other | Western |

| Question C: Location of plaintiffs, defendants, and claims? (Make only one selection per row) | A.<br>Los Angeles County | B.<br>Ventura, Santa Barbara, or San Luis Obispo Counties | C.<br>Orange County | D.<br>Riverside or San Bernardino Counties | E.<br>Outside the Central District of California | F.<br>Other |
|---|---|---|---|---|---|---|
| Indicate the location in which a majority of plaintiffs reside: | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |
| Indicate the location in which a majority of defendants reside: | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |
| Indicate the location in which a majority of claims arose: | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

| C.1. Is either of the following true? If so, check the one that applies: | C.2. Is either of the following true? If so, check the one that applies: |
|---|---|
| ☐ 2 or more answers in Column C<br><br>☐ only 1 answer in Column C and no answers in Column D<br><br>Your case will initially be assigned to the SOUTHERN DIVISION.<br>Enter "Southern" in response to Question D, below.<br><br>If none applies, answer question C2 to the right. ➡ | ☐ 2 or more answers in Column D<br><br>☐ only 1 answer in Column D and no answers in Column C<br><br>Your case will initially be assigned to the EASTERN DIVISION.<br>Enter "Eastern" in response to Question D, below.<br><br>If none applies, go to the box below. ⬇ |

Your case will initially be assigned to the
WESTERN DIVISION.
Enter "Western" in response to Question D below.

| Question D: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, or C above: ➡ | Western Division |

CV-71 (11/13)  CIVIL COVER SHEET  Page 2 of 3

American LegalNet, Inc.
www.FormsWorkFlow.com

### UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**IX(a). IDENTICAL CASES:** Has this action been previously filed **in this court** and dismissed, remanded or closed?   ☒ NO   ☐ YES

If yes, list case number(s): _____

**IX(b). RELATED CASES:** Have any cases been previously filed **in this court** that are related to the present case?   ☒ NO   ☐ YES

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright _and_ one of the factors identified above in a, b or c also is present.

**X. SIGNATURE OF ATTORNEY
(OR SELF-REPRESENTED LITIGANT):** _____   DATE:  October 8, 2014

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |


American LegalNet, Inc.
www.FormsWorkFlow.com