UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

| Case No. | CV 14-7827 DSF (AGRx) | Date | 1/21/15 |
|---|---|---|---|
| Title | Don Henley v. Duluth Holdings, Inc. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order DENYING Motion to Dismiss (Dkt. No. 21)[1]

    The motion is DENIED. Even assuming for the sake of argument that the transformative use test of <u>Comedy III Prods., Inc. v. Gary Saderup, Inc.</u>, 25 Cal. 4th 387 (2001) applies, Defendant has not established that its use of Plaintiff's name – and the name of one of his band's most famous songs – in its advertisement was sufficiently transformative on its face that a motion to dismiss should be granted.

    IT IS SO ORDERED.

---

[1] The Court deems this matter appropriate for decision without oral argument. <u>See</u> Fed. R. Civ. P. 78; Local Rule 7-15. The hearing set for February 2, 2015 is removed from the Court's calendar.