MELANIE J. HOWARD (SBN 218895)
mhoward@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067
Telephone: 310.282.2000
Facsimile: 310.282.2200

THOMAS P. JIRGAL (SBN 202637)
tjirgal@loeb.com
LOEB & LOEB LLP
321 N. Clark Street, Suite 2300
Chicago, IL 60654-4746
Telephone: 312.464.3100
Facsimile: 312.276.8348

Attorneys for Plaintiff
Don Henley

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Don Henley,<br><br>     Plaintiff,<br><br>     v.<br><br>Duluth Holdings Inc., d/b/a Duluth Trading Company,<br><br>     Defendant. | Case No.: 2:14-cv-07827-DSF-AGR<br><br>Assigned to Hon. Dale S. Fischer<br><br>**CONSENTED MOTION REQUESTING ENTRY OF JUDGMENT PURSUANT TO STIPULATION OF PARTIES [Filed Concurrently With Stipulated Permanent Injunction And Consent Judgment]**<br><br>Complaint Filed:   October 8, 2014 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Plaintiff Don Henley, an individual ("Plaintiff") and defendant Duluth Holdings Inc., d/b/a/ Duluth Trading Company ("Defendant") hereby jointly move the Court for entry of judgment pursuant to the Stipulation for Permanent Injunction and Consent Judgment agreed to between the parties and filed concurrently herewith (the "Motion").

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

CONSENTED MOTION REQUESTING
ENTRY OF JUDGMENT PURSUANT TO
STIPULATION (2:14-CV-07827-DSF-AGR)

1   The parties have reached a settlement of this lawsuit. As a condition of that
2   settlement, the parties have agreed to jointly request that the Court enter judgment
3   pursuant to the parties' concurrently filed stipulation.
4   This motion is based upon this Notice of Motion and Motion, and the
5   concurrently filed Stipulation for Permanent Injunction and Consent Judgment and
6   all the records and files in this action.

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

2

CONSENTED MOTION REQUESTING
ENTRY OF JUDGMENT PURSUANT TO
STIPULATION (2:14-CV-07827-DSF-AGR)

## MEMORANDUM OF POINTS AND AUTHORITIES

1. By this Motion, Plaintiff and Defendant jointly request that the Court enter judgment pursuant to the concurrently filed Stipulation for Permanent Injunction and Consent Judgment (the "Stipulation").

2. Plaintiff and Duluth have reached a settlement of this lawsuit that requires the parties to jointly request the Court to enter a permanent injunction and judgment substantially in the form of the Stipulation.

3. The settlement of which the Stipulation is a part was the product of arms-length negotiations between the parties and through their counsel. The permanent injunction and judgment is fair to both parties and further the public interest in avoiding any likelihood of consumer confusion that could arise from Defendant's actions complained of in the Complaint.

4. By signature of its counsel, below, defendant Duluth joins in this Motion, and confirms that it will not oppose this Motion.

Dated: April 14, 2015

LOEB & LOEB LLP
THOMAS P. JIRGAL
MELANIE J. HOWARD

By: */s/ Melanie J. Howard*
　　Melanie J. Howard
　　Attorneys for Plaintiff
　　Don Henley

Dated: April 14, 2015

Pursuant to L.R. 5-4.3.4(a)(2)(i), the filer hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

LEWIS BRISBOIS BISGAARD & SMITH
DANIEL C. DECARLO
THOMAS S. KIDDE
DANIEL R. LEWIS

By: */s/ Daniel C. DeCarlo*
　　Daniel C. DeCarlo
　　Attorneys for Defendant
　　Duluth Holdings Inc. d/b/a/ Duluth Trading Company